

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-20-00125-CV

**PAY AND SAVE, INC.,**
Appellant

v.

Roel **CANALES,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Sitting: Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Lori I. Valenzuela, Justice

On February 2, 2021, appellant filed a second motion requesting an extension of time in which to file a reply brief. The motion is unopposed.

The motion is GRANTED and appellant's reply brief is due **no later than February 22, 2021**. Further requests for an extension are disfavored.

It is so **ORDERED** February 3, 2021.

**PER CURIAM**

ATTESTED TO: _____
    MICHAEL A. CRUZ,
    CLERK OF COURT